**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO: 17-40104-659** |
| **KEVIN T MURPHY** | ) | **Chapter 13** |
| | ) | |
| | ) | **Re: Objection to Claim 4 filed by** |
| | ) | **AAA COMMUNITY FINANCE** |
| | ) | **Acct: 3486** |
| | ) | **Amount: $2,958.43** |
| **Debtor** | ) | **Response Due: January 08, 2021** |
| | ) | |

**TRUSTEE'S OBJECTION TO CLAIM 4**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:

The claim of AAA COMMUNITY FINANCE dated January 25, 2017, should be denied as filed because it appears the debt has been paid in full per creditor letter sent with returned check.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: December 18, 2020 | /s/ Diana S. Daugherty |
| | Diana S. Daugherty |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

**17-40104 Trustee's Objection to Claim 4**  12/18/2020  Page 2

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 18, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on December 18, 2020.

KEVIN T MURPHY
4920 JAMIESON
APT 2B
SAINT LOUIS, MO  63109

AAA COMMUNITY FINANCE
PO BOX 190
BETHALTO, IL  62010-0190

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee